UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Cr. No. 1:18-CR-10450-MLW-3 |
| ) | |
| ELISEO VAQUERANO CANAS ) | |
|    Defendant.    ) | |
| ) | |

## DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE ARRAIGNMENT

Eliseo Vaquerano Canas, defendant in the above-captioned matter, respectfully moves this Honorable Court to continue the arraignment on the First Superseding Indictment, currently scheduled to November 5, 2019, to November 18 at 2:15 pm. As grounds, Mr. Canas states that counsel will be on trial in a different court on November 5. As a result, counsel will be unavailable to attend the arraignment. The AUSA assigned to the matter assents to this motion.

Respectfully Submitted,
**ELISEO VAQUERANO CANAS**
By his attorney:

/s/ Jessica Hedges
Jessica D. Hedges
BBO No. 645847
Hedges & Tumposky, LLP
50 Congress St., Suite 600
Boston, MA 02109
T (617) 722-8220

### CERTIFICATE OF SERVICE

I, Jessica D. Hedges, hereby certify that on this 1st day of November, 2019, I served one true and correct copy of this motion, through the electronic filing system, on all counsel of record in this matter.

/s/ Jessica Hedges
Jessica D. Hedges