UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 18-cr-10450-MLW |
| | ) | |
| 1. ERICK LOPEZ FLORES, | ) | |
| A/K/A "MAYIMBU"; | ) | |
| 2. HENRI SALVADOR GUTIERREZ, | ) | |
| A/K/A "PERVERSO"; | ) | |
| 3. ELISEO VAQUERANO CANAS, | ) | |
| A/K/A "PELIGROSO"; | ) | |
| 4. JONATHAN TERCERO YANES, | ) | |
| A/K/A "DESALMADO"; | ) | |
| 5. MARLOS REYES, | ) | |
| A/K/A "SILENCIO"; and | ) | |
| 6. DJAVIER DUGGINS, | ) | |
| A/K/A "HAZE," | ) | |
| Defendants. | ) | |

## ELISEO VAQUERANO CANAS' STATUS UPDATE IN RESPONSE TO COURT'S MAY 18, 2020 ORDER

In accordance with this Court's May 18, 2020 order that all defendants report on whether a resolution can be reached in this matter, counsel for Mr. Vaquerano-Canas states the following:

1. Counsel has been actively conferring with the Government regarding the state of the evidence in this case, various related discovery issues, and the possible range of outcomes should Mr. Vaquerano-Canas elect to resolve this matter by way of plea (or trial). In the past several weeks, counsel has had particularly lengthy conversations and extensive correspondence with the Government regarding these issues.

2. Counsel has met with Mr. Vaquerano-Canas throughout the case. More recently, given the challenges posed by the Covid-19 virus, she has conferred with him over the phone on a regular basis. She has discussed the evidence disclosed thus far with him. She has also discussed his right to go to trial, as well as his right to enter a plea in this matter. Currently, he intends to pursue his right to a jury trial.

3. Counsel will continue to discuss Mr. Vaquerano-Canas' options with him, as well as the range of potential outcomes of exercising the options available to him.

4. The Court directed counsel in this matter to propose a next date for reporting back to the Court regarding the issues above. Counsel suggests a mid-September date.[1]

5. Finally, Mr. Vaquerano-Canas seeks to join the request of Defendant Henri Salvador Gutierrez in his Motion to Extend Deadlines (Document 202). Counsel has been actively researching and drafting several such motions in this matter, but the next round of disclosures promised by the Government bear upon issues relevant to these Motions.

---

[1] Wyatt Detention facility, where Mr. Vaquerano-Canas is being held, has been severely impacted by the Covid-19 virus. Thus, counsel has not been making in-person visits to this facility. However, counsel is hopeful that by the end of August she will be able to more safely do so. Given the challenges of conferring over the phone, through an interpreter, about very nuanced issues of tremendous gravity, counsel would suggest that it may be fruitful to report back after in person visits are feasible and safe.

Respectfully Submitted,
**ELISEO VAQUERANO CANAS**
By his attorney:

/s/ Jessica Hedges
Jessica D. Hedges (BBO No. 645847)
Hedges & Tumposky, LLP
hedges@htlawyers.com
50 Congress St, Suite 600
Boston, MA 02109
T (617) 722-8220

CERTIFICATE OF SERVICE

I, Jessica Hedges, hereby certify that a true and correct copy of this document filed through the ECF system will be sent to all counsel of record in this matter on June 3, 2020.

3