UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>ELISEO VAQUERANO CANAS  )<br>     Defendant.  )<br>) | Cr. No. 1:18-CR-10450-MLW |

## DEFENDANT'S MOTION FOR FUNDS AND EXPEDITED TRANSCRIPTS OF CO-DEFENDANT'S SENTENCING HEARING

Eliseo Vaquerano Canas, defendant in the above-captioned matter, respectfully moves this Honorable Court to approve funds for, and order the expedited preparation of, transcripts of the sentencing hearings of his codefendants, Djavier Duggins, Henri Salvador Gutierrez, Jonathan Tercero Yanes, and Erick Lopez Flores held on February 18, 16th, 15th, and 14th, 2022, respectively, which were held before the Honorable Judge Mark L. Wolf. As grounds, Mr. Canas states that he is indigent. He is charged with Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity, in violation of 18 U.S.C. § 1962(d), and is facing an impending sentencing hearing on March 17th, 2022. A copy of the transcripts is necessary for Mr. Canas to adequately prepare his sentencing.

Respectfully Submitted,
**ELISEO VAQUERANO CANAS**
By his attorney:

/s/ Jessica Hedges
Jessica D. Hedges
BBO No. 645847
Hedges & Tumposky, LLP
50 Congress St., Suite 600
Boston, MA 02109
T (617) 722-8220

**CERTIFICATE OF SERVICE**

    I, Jessica D. Hedges, hereby certify that on this 25th day of February, 2022, I served one true and correct copy of this motion, where unable to do so electronically, on all counsel of record in this matter.

                                                    /s/ Jessica Hedges
                                                    Jessica D. Hedges