UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 1:18-CR-10450-MLW |
| ) | |
| ELISEO VAQUERANO CANAS, ) | |
| Defendant. ) | |
| ) | |

## ELISEO VAQUERANO CANAS' NOTICE OF APPEAL

The Defendant hereby gives notice of his intent to appeal the conviction and sentence in the above case.

Respectfully Submitted,
**ELISEO VAQUERANO CANAS**
By his attorney:

/s/ Jessica Hedges
Jessica D. Hedges
BBO No. 645847
Hedges & Tumposky, LLP
50 Congress St., Suite 600
Boston, MA 02109
T (617) 722-8220

## CERTIFICATE OF SERVICE

I, Jessica D. Hedges, hereby certify that on this 18th day of March, 2022, I served one true and correct copy of this motion, where unable to do so electronically, on all counsel of record in this matter.

/s/ Jessica Hedges
Jessica D. Hedges